PHILIP ZIMMERMAN et al., Respondents, *v.* BROOKLYN BUS CORPORATION, Appellant, Impleaded with Another.

(Submitted April 24, 1935; decided May 21, 1935.)

*David Harriman Scott* and *George D. Yeomans* for appellant.

*James A. Doherty, Abraham Jame* and *Philip Hoffer* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.